The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

    vs.

WARREN LANCE WILDER,

    Defendant.

No:  CR13-16 RAJ

ORDER GRANTING WILDER'S
MOTION TO RELEASE PASSPORT

THIS MATTER having come before the Court upon the motion of Defendant Warren Lance Wilder for an order directing the U.S. District Court Clerk to return Warren Wilder's passport to Mr. Wilder personally, or to return the passport to Mr.Wilder's counsel, rather than to forward the passport to The United States Defense Department, and having considered the same, including the Notice of Intent to Forward Passport, this Court hereby orders as follows:

Defendant Warren Wilder's motion to release his passport (Dkt. #251) is GRANTED. Warren Wilder's passport shall not be forwarded to The United States Department of State.  The Office of the Clerk is directed to return Warren Wilder's passport to defense counsel, Jonathan S. Solovy, at 705 Second Avenue, Suite 1300, Seattle, Washington  98101-1741.

DATED this 11th day of July, 2016.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER TO RELEASE PASSPORT - 1